AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

William Tryon

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00320
Assigned To : Meriweather, Robin M.
Assign. Date : 3/17/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                      William Tryon                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:    03/17/2021

City and state:    Washington, D.C.

2021.03.17
20:47:37 -04'00'

*Issuing officer's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/17/2021 , and the person was arrested on *(date)* 3/30/2021
at *(city and state)* Selkirk, New York .

Date: 3/31/2021

*Arresting officer's signature*

Brad Theroux, Special Agent
*Printed name and title*