IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 1:21cr420 |
| WILLIAM PAUL TRYON, <br>     Defendant. | ) |

MOTION FOR ADMISSION *PRO HAEC VICE*

Comes now undersigned, a member of the Bar of this Court, and moves pursuant to Local Rule 83.2(d), the admission *pro haec vice* of Joel Eric Abelove, Esq. of New York to serve as counsel in this matter for Defendant William Paul Tryon.[1]

Undersigned represents that Attorney Abelove is qualified and licensed to practice before the courts of New York, is a member in good standing of the New York Bar, is admitted in the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department and in the United States District Court for the Northern District of New York. Attorney Abelove has not been disciplined by any Bar nor has he been admitted *pro haec vice* before this Court within the last two years, nor does he practice law from an office in Washington, D.C., nor does he belong to the District of Columbia Bar, nor does he have an application for same pending.

Attorney Abelove's contact information follows:

ABELOVE LAW, PC
1702a Central Ave.
Albany, NY 12205
Tel: 518-750-4011
abelovelaw@gmail.com.

---

[1] Undersigned notes that he does not intend by this motion to bind himself to any aspect of the defense of Defendant Tryon beyond the discrete act of moving Attorney Abelove's limited admission.

1

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga
DC Bar 424858

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Certificate of Electronic Service

I hereby certify that on Oct. 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga