NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                           Criminal Number  1:21-CR-00420-RBW

**WILLIAM PAUL TRYON**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_Joel E. Abelove_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Joel E. Abelove 511680
(Attorney & Bar ID Number)

Abelove Law, P.C.
(Firm Name)

1702a Central Avenue
(Street Address)

Albany, New York 12205
(City)        (State)        (Zip)

518-750-4011
(Telephone Number)