

**Law Offices
of
George D. McHugh, P.C.**

December 14, 2021

Hon. Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue
N.W. Washington, D.C. 20001

*Re: United States vs. William Tryon*

Dear Judge Walton:

     I am writing this letter on behalf of Mr. William Tryon. I have known Bill for well over 10 years, and I have always found him to be an honest, hardworking, law-abiding citizen and devoted family man, with a passion for his community and country. As the Coeymans Town Supervisor, I have had the opportunity to work closely with Bill on various issues and community projects. Bill has always been a team player and a professional in all matters pertaining to our town, and he has always treated our first responders, law enforcement, and our military servicemembers with the utmost respect and held them in the highest regard.

     I am aware of the accusations and charges levied against Bill with regard to the January 6, 2021 incident at our nation's capital, and I am completely taken back by what has been stated he did. I spent 31 years of my life serving in the US Army, both as a Judge Advocate and a Military Judge, retiring in 2017 at the rank of Colonel, so for me the events of January 6, 2021 are not only appalling but also very personal. I would not write a character letter for someone involved in these incidents unless I was very confident that I knew that person well. In this case, I have no doubt about the character of Bill Tryon. Bill's attitude and behavior towards his fellow citizens has always been respectful, professional and kind, and Bill has always shown the deepest respect for the rule of law. Having known Bill for over 10 years, I find the accusations against him difficult to believe. However, assuming the allegations have merit, I trust this was an isolated lapse in judgment, and that he got caught up in the moment. I further believe that Bill sincerely and deeply regrets his role in the events of that terrible day. Bill Tryon has earned and built a reputation in our community over the past several decades as a hardworking farmer, an honest and trustworthy person, and a man that would take the shirt off his back for a friend or neighbor. I respectfully request that your Honor please take all of this into consideration when sentencing my friend Bill Tryon, and I hope you find it in your judgment to sentence him to a

punishment that is commensurate with his actions of that fateful day, absent a period of incarceration.

Thank you for your time and attention to this matter, and please do not hesitate to contact me should you have any questions or concerns regarding this letter.

Very Truly Yours,

George D. McHugh, Esq.

December 14, 2021

Mr. George H. Flanders Jr.
859 Stony Point Road
Castleton, New York 12033

Your Honor:
I kind of grew up with
Bill Tryon, as a teenager I
work for him in his excavating
business and he also did work
on our property and to the pond
we own, matter of fact he dug
the pond for us which we were
very grateful. I learned alot
from this kind, gentle man and
his family too! He was strong
and compassionate man for our
veterans and our country. As
My dad was a Korean Veteran
1953-1955 and Bill's dad was
also in service.

He his a generous, loving man
and taught me alot and I
am grateful. He believes in
our Lord and to our precious
Country. He is a strong family
man & loved by all!

Sincerely
Geo. Flanders Jr.

P.S. Bill I have had surgery
on my hand (my left) my
main writing hand. My Mom is
writing for me. Sorry for delay
but I had to take care of my health
issues.

December 14, 2021

Mrs. Marlene A. Flanders
859 Stony Point Road
Castleton, N.Y. 12033

Your Honor:

I am writing this letter in regard to William (Bill) Tryon. He is a true friend to our family and has been into our family for many years as he was always a hard working man. As he had and still does excavating Business which he has done work for us and many other people because of his personality to be the best he can do & accomplish for all. We go way back to all his family and loved ones his Dad is service connected with world War II and my husband a Korean Veteran (1953-1955) with a hearing loss at 20 yrs. old. Bill's life was always

strong support for the Veterans and
his love for the United States of America
and what freedom means to him & his
family. He was always a proud man
for my husband and of course his
wonderful Dad. Veterans and all their
rights means the world to him and he
knows we feel the same way. He
possessed the same honor to our son
who is 55 yrs. and worked up Bill on
his excavating Business.
He will always be part of our
love of America & our precious
Veterans who will always be in
our Hearts.
    Good Bless America always.

              Sincerely,
          Marlene A. Flanders

P.S. We truly love his dear wife Jill
              and his family.



**ProServices**

Date: 12-28-2021

Your Honor

I AM A NEIGHBOR of
BILL TRYON and Have
been for about 20 years
I have always known him
to be a Kind and family
oriented person who
would help anyone in
need I could say many
more GOOD THings about
this humble man and his
family BUT in SHORT
I have never known him
To be on the wRong
side of the law for
Any REASON

BERNARD J TERIELE

GET WHAT YOU NEED WHEN YOU NEED IT.™
Visit LowesForPros.com

**3 WAYS TO ORDER**
Phone, fax, or place
your order online.

#94216 POD (rev. 10/07)

Dec. 24th, 2021

Your honor —
    I am writing on behalf of
William Tryon, as a character
reference. I know you don't
know him, but I've known him
for 40 years. I used to live
next door to him for years. He
lived with his grandmother
to help take care of her.
    My husband drives tractor
trailer for a U.S. Mail contracter
and is a Veteran. I am a retired
carpenter and the mother of 4
children and we have 8 grand-
children. We love our country
and having known Bill Tryon
for all these years; I believe
I qualify to speak on his
behalf about his character. I
know with all my ♡ heart that
Bill loves our country too!
He would never jeopardize
anyones safety or cause any
intentional illegal disturbance.
He has always believed in
peaceful solutions when faced

- 2 -

with oposition. He is known for being a talker and a handshake-problem-solver! In our old neighborhood; Bill was known for helping people with home repairs, broken pipes, etc, especially elderly people who couldn't get anyone else to help them. He even took mice out of traps for the widow lady that lived near us.

His passion for "helping" is what makes him a great citizen, not a trouble maker.

Your Honor; these are awful times for all of us as our country is so fractured and needs healing.

Bill and his wife, children and grandchildren are respectful and Godly people. It has always been their motive to help not harm in any way!

I pray you will not punish him for being at the wrong

- 3 -

place at the wrong time! I
believe he went to D.C. to
help deflect and be a peace-
maker if he could. I know
he never would have gone
to get himself in trouble!
It is my prayer that you
consider what I've told you
about him as you are
deciding his judgement.
Thank you for hearing
the truth about Bill and
may God help you make a
merciful verdict!

Thank you Your Honor!

Sincerely

Mrs. Bonnie Gwynn

P.S. May next year bring our
country hope for a better
future and healing from
this virus! May God Bless
you and your family too!

12/22/21

Your Honor:

I have known Bill Tryon
for many years and in all
that time, I have known
Bill to be a peaceful,
truthful and honest man.
He has always been
an upstanding American
Citizen, always being proud
of this country.
Bill has never turned
down anyone in need and
has never turned down

-2-

ANYONE WHO WANTED HELP,
AS LONG AS I HAVE KNOWN
HIM. BILL HAS ALWAYS BEEN
A TRUTHFUL AND KIND MAN
ALWAYS CARING FOR HIS
FAMILY, HIS FRIENDS AND HIS
FELLOW AMERICANS AND ALWAYS
PUTTING OTHERS FIRST, BEFORE
HIMSELF.

I WOULD ASK YOU, YOUR
HONOR, IN YOUR RESPECTED
POSITION THAT YOU WOULD
SHOW MERCY AND FAVOR UPON

BILL TRYON FOR I BELIEVE
HE LOVES GOD, FAMILY, FELLOW
MAN AND HIS COUNTRY.

THANK YOU, YOUR HONOR
FOR YOUR KIND CONSIDERATION
ON THIS CASE AND IN THIS
MATTER.

RESPECTFULLY YOURS,
JACK GWYNN

December 20, 2021

Your Honor

My name is Linda Lawton and I have resided at 298 Bridge St. Selkirk, NY 12158 my whole life. I am 60 years of age.

Writing to give support to a friend and neighbor Mr. William Tryon. I first met the Tryon family at the South Bethlehem United Methodist Church on Willowbrook Ave in South Bethlehem NY. This was after they moved here in 1996.

Not long after their moving to this area My mother started having Mr. Tryon plow our driveway during the winter. To This day he still plows my driveway. We started going to Their farm for events and to purchase farm produce and plants. Again, I Still do business with Mrs Tryons greenhouse.

Through the years we became better aquainted and They both agreed for me to keep one of my horses at Their farm for a short stay.

Mr Tryon has been the text book definition of a good neighbor. I have always seen him in a respectable light; a man of GOD and a patriotic U.S. Citizen; a good man, always willing to help.

Us my daughter has grown and become a talented, gifted Singer; Mr Tryon has asked her to Sing The National Anthem, God Bless America and a few other popular songs, at various events and Through This she has made many contacts and been asked to sing at other events in the Albany County Area.

I truly can not say or think of any negative words to describe this man; Mr William Tryon, I find him a pleasant man with a love for God and his country. He is a fine family man with core values to be praised.

Sincerely,

Linda E Lawton

Linda E Lawton

12-16-2021

Regarding William Tryon

Dear Your Honor,

I am a resident of So. Bethlehem.

I have known William Tryon since for over thirty years.

He was a great member of our M.E (UMC) in So.Bethlehem and a very involved in our Community.

I am 95 years old he has been very helpful to me. This man has helped in so many ways since my husband in 2007.

I hope you consider that you be lenient. William & Jill have been a value of our Community.

I have lived in So.Bethlehem almost 70 years.

Sincerely,
Alice F. Haskell

Your Honor,

December 28th, 2021

My name is Evelyn Lawton and I have known Bill Tryon ever since I was born. Bill Tryon is not only the man who plows my driveway when it snows. Bill is a neighbor, a farmer, veteran, father, grandfather and an overall familyman. I view Bill Tryon as a man of his word. Bill has meaning for everything he believes in and fights for. Bill speaks from his heart. Not only does he care for his family, but his friends and community too. I have never met someone who is more devoted to our country other than Bill Tryon. I always praise how nice of a man he is and will continue to do so. I care a lot about Bill Tryon because he cares a lot about my mom and I. Bill Tryon has been very supportive of my passion for singing and performing. If it weren't for Bill, I would not be as well known as I am by local commitee's and organizations, including churches, veteran recognition organizations and local political candidates. I have had the most honor and pleasure performing at events that Bill Tryon introduced me to. I am very thankful for all that Bill Tryon has done for me personally and for our community.

Signed, Evelyn Lawton   Evelyn Lawton.

December 14, 2021

Hon. Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue
N.W. Washington, D.C. 20001

**Subject: Character Reference for William Tryon**

Your Honor:

William Tryon and I have been friends for many years. I can confirm without question that he is a man of integrity and honor; a man who is dedicated to – and cherished by – his wife, children, friends, and business associates.

I have always known Bill to be good and decent person, with a great love and respect for his community, his state, and country. Without question, the Bill Tryon I know is not an individual who would purposely break the law or become part of any unlawful situation. In fact, I have personally witnessed his effort to defuse a potentially violent confrontation. The Bill Tryon I know would never intentionally escalate one.

I understand that Bill has reached a plea agreement regarding his presence at the unfortunate events of January 6, 2020, in Washington, D.C. I am confident that he is highly remorseful for placing himself in the unintended situation he found himself caught up in on that day. I maintain that Bill is an extremely responsible, caring, and peaceful individual, albeit human.

If you need any further information regarding Bill Tryon's character or require me to appear in court to verify the information that I have provided here, please feel free to contact me at (518) 859-2875.

Thank you,

Sincerely,

Stephen C. Van Zandt
9 McDonald Lane
Rensselaer, NY 12144

December 20 2021

To the Honorable Justice

My name is Frank J Stanton and reside on 108 Biers Road, Coeymans Hollow N.Y. 12046. I would like to tell you that I known Bill Tryon for over 30 years, Mr Tryon has had many Functions on his property or farm with the strong Belief in the Constitution of the United States. Bill and Jill are very active in their Church and community events. Bill, is well Known to his neighbors and Businesses in the Town of Coeymans and neighboring Towns. Bill has had many reenackments on his farm with Soldiers and primitive village people. He has taught many young children the life of early Settlers had on this country. Bill, has had the opportunity to rebuild many houses in the 1800's to be restored on a different piece of property. Please consider a Favorable decision For Gods name For Bill and his Family. Thank You

Frank J Stanton

28 Dec 2021

Your Honor,

My name is David Geslyn and I am writing
to give a character reference for Bill Tryon.
I've known Bill for close to ten years.
Bill is an honest, helpful, generous and
sincere man. He loves his family and his
country, but I believe that his love of
God surpasses even these.
There are very few men that I know
whose righteousness equals or exceeds
Bill's. He is truly an example of a man
blessed with the fruit of the Spirit:
love, joy, peace, patience, kindness, goodness,
faithfulness, gentleness and self-control.
Bill is a great orator. He speaks the truth
with passion, sometimes even in tears. He
knows American history better than
anyone else I've ever met. He often
quotes the founding fathers' words, the
words of Presidents Washington, Adams,
Jefferson and Madison pertaining to
our country's foundation being faith in God.
I thank you for considering this
reference.

Verily,
Dan P. Geslyn

Richard  A Watt
656 Starr Road
Ravena NY 12143


Your Honor;


I am writing a character reference on the behalf of William Tryon, P.O. Box 202, South Bethlehem NY 12161. I have known Bill for about 21 years. He is a good family man even adopting children in addition to their own and raising them all into fine adults. He is a patriotic American, a religious man, active in local government, supportive of those in law enforcement and our military. He is a talented mechanic, welder, farmer, carpenter etc... always willing to help anyone in need. I have seen him build a system that turns fermenting hay bales into usable energy to heat his home as well as a wind turbine to produce electricity. I have witnessed him help many people including myself. I have enjoyed many conversations with Bill on many different subjects. I have read articles he has had published with interest. He even at one time saved my future brother-in-laws life. It would be a severe travesty of justice to convict this patriotic American of these charges for the actions of some people, who did not act appropriately. I guarantee this would not be William (Bill) Tryon's actions. Bill Tryon one of America's good guys!

Richard A Watt
656 Starr Road
Ravena NY 12143

December 21, 2021

Your Honor,

   I am writing on behalf of William Tryon; a man I have known for more than 35 years. He is truly a man of strong morals, and ethics. I could always count on him to be of help at a moments notice.

He has never questioned the need for assistance, simply just how he can help.

William is a man who of true love for his family, friends and that is always returned by anyone he meets. He has an incredible love for this great country, as well as the many types of people who are the reason it is so great. He is one of the people who embody what America is all about.

I appreciate your time and attention to my statement; If there are any further questions I can answer for you, please do not hesitate to contact me.

Laura A. Watt
656 Starr Rd
Ravena NY 12143

Hon. Reggie B. Walton
United State District Court Judge
Washington, D.C.

December 16, 2021

Your Honor:

I am respectfully writing to you in support of a dear friend of mine, William Tryon
of South Bethlehem, NY to attest to his extraordinary character and honesty over
the years that I have known him and members of his family.

Bill is a man of God, always there for his neighbors, friends, and even strangers,
and he is always available to help others in their moment of need.

I urge you to please consider Bill's value to our community and his family as you
ponder his disposition before your court.

Thank you for your consideration, and may God bless you and yours.

Very Truly Yours,

Keith A. Wiggand
758 Feura Bush Road
Delmar, NY  12054
(518) 475-7904

Cc: Bill Tryon



# GRACE & TRUTH CHURCH

**The Word became flesh and dwelt among us, we beheld his glory, the glory of the only begotten of the Father, full of Grace & Truth**
**Jn 1:14**

December 18, 2021

Re: William Tryon/Letter of Reference

To Whom It May Concern,

My name is Jim Lupis, and I am the Senior Pastor of Grace & Truth Church in Calverton, NY. I have known William Tryon for over two years and have found him to be a man of integrity and kindness.

In 2020, William helped me organize a peaceful event entitled "Save New York", and not only proved faithful, but showed compassion to another organization that did not have the same values as ours. William played a vital role as a peacemaker between our two groups and helped bring about a day of unity and peace.

William is a gentle man that would never bring harm to another person or place. He has always shown himself to be an outstanding witness for Jesus Christ and an upright Christian.

It is my privilege to call him my friend.

Sincerely,

Pastor Jim Lupis
Grace & Truth Church
4474 Middle Country Road
Calverton, NY 11933

# *Rock Road Chapel Ministries*

96 Rock Road, Berne, NY 12023
(518)872-2810, www.rockroadchapel.org
Rev. Jay T. Francis, Pastor, (518)469-5628

December 17, 2021

To Whom It May Concern

William Tryon has been a friend of mine for two decades.  He owns a farm and is self-employed.  William is a productive, law-abiding citizen who is appreciated by all.  I have known him as an honest hardworking family man.  He would help anyone in need due to his generosity.

Shalom,

*Rev. Jay T. Francis*
Rev. Jay T.  Francis

Rev. Stephen and Meredith Giles
P.O. Box 189
Feura Bush, NY 12067

12/23/2021

To Whom It May Concern;

My name is Stephen Giles.  My wife's name is Meredith Giles.  We are pastors of
the Mt. Moriah Ministries Church of Glenmont, New York.  We have been
pastoring here for over forty years and have known Mr. Bill Tryon for most of
those years.

Mr. Tryon is a very good friend of ours and our country.  I have never met a more
passionate man than Mr. Tryon concerning our country of America.  I have
attended a number of his Freedom Fest rallies over the years which are held in
support of our nation and what this country was founded on, freedom to love
God, and to practice true Christian values.  He loves the Constitution and what it
stands for. He also loves the Bill of Rights.  He is a good man for God and
country.  He highly respects law and order.  He is a truthful man.  He works hard
and loves even harder.  He loves his family and community.  I'm proud to know
him and call him my friend.  I love this man.

Please be gracious and merciful to him in your decision concerning his future.

Thank you and God bless,

Pastor Stephen Giles

Your Honor,

Thank you for your time in accepting this submission as a character reference for Bill Tryon.
He is a high quality individual, good natured and has a strong belief in right and wrong.
He is a strong Christian and a great neighbor, a passionate love for his country.

Bill is active in the town's offices, his church and family. He is loved and respected by all.

A self reliant man living on his land with farming and raising his own food to feed his family, helping operate his wife's greenhouse.

Mr. Tryon has strong beliefs and convictions and will always be ready to discuss with interested persons, Bill walks his talk.

Above all Bill is a level headed man, needed by his family.

Working with Bill you soon recognize his values and ethics also knowing his family reflects the same also.

Bill plows my very long driveway each winter at a very fair price.

I appreciate him for who he is and what he does.

Thanking you in advance,

Allan DeFazio

*Allan DeFazio*

*12/24/2021*

Character Reference for William Tryon

To whom it may concern:

   I am writing from my experiences as to character of William Tryon. I first met Bill and his family in 1996 at a church fall festival and we have remained friends and rural neighbors ever since. Our children have grown up together, we've attended church together and have broken bread at one another's home's multiple times throughout the years. To say that I know him well would be an understatement.

   Bill Tryon is and has always been a family man of upstanding character- he is a man of integrity of which I know few to match. I have found him to be honest and truthful and of above all my friends I would count him most loyal. A true neighbor willing to give of himself and help anyone in need. There is no malice in him whatsoever. I would not consider him to be a threat to my community or society at large in any way. As long as I have known Bill, 25 or more years, he has been an example of respecting those who have died for our country, served our country, continue to serve our country including those who serve our communities, cities and streets meaning those in blue. He personally has held "Respect the Blue" rallies at the capital in Albany to bring awareness to the job that they do on our behalf. It amazes me that Bill himself would be called into question as to the content of his character pertaining to the safety and well being of those he has rallied for.

Bill is devoted to his God followed closely by his love for his family and friends coupled with an unending love for his country. In my opinion, Bill is an avid student and caretaker of history and cares more for actively preserving it than being part of it.

Paul J Klob

Box 68, 39 WillowBrook Avenue

South Bethlehem NY 12161

Dr. and Mrs. Brian A. Mayes
185 Pictuay Rd.
Selkirk, NY 12158

Re: William "Bill" Tryon

To: The Honorable Judge Reggie B. Walton

We have known Bill and his family (wife Jill, adult children Erin and Will) for approximately 6 years.  We know Bill to be an extremely honest family-oriented individual who is very active in local and regional community and political events.  Bill actively organizes and participates in local national holiday celebrations and political fund-raising events.  He is a passionate American patriot who strongly believes the Constitution and the Bill of Rights are essential guiding principles for our strong republic.

Bill's travel to Washington, D.C. and participation in the largely peaceful protest that occurred on January 6, 2020 is confirmation of his belief that citizen participation in government is a fundamental right of all Americans and any overzealous activities that may have occurred at the protest should be viewed in the context of America's long history of contentious transitions and not as a crime subject to harsh punishment.

It is our sincere plea that the court take Bill's strong family values and honorable patriotic passion into full consideration when determining a measured and appropriate redress for the case before the court.

Sincerely,

Nanette S. Mayes

Brian A. Mayes, Ph.D., DABT (1984-2019)

**Martin G. Shields**

29 Coons Road
Coeymans Hollow, NY 12046
518-928-0479

RE: William Tryon
Cedar Grove Road
Selkirk, NY 12158

December 19, 2021

To whom It May Concern,

I am writing this letter on behave of William Tryon. Mr. Tryon has been a long-time resident of our area. Bill has been an asset to the Town and community.  He has ben of great service to the residents of our community, and we need Bill and more people of his making to better our community, Town, County and Country. He has the common sense that lacks in Society today.  Bill Tryon is the salt of the earth, there to help his fellow neighbors. He and his son 3 years ago brought me a chord of firewood on moment's notice while I was bed ridden with the flu.  Yes, Bill Tryon is a man we need.

Martin G. Shields

*Martin G Shields*

martyshields@ymail.com

HERBERT BALLARD

1602 HIGHLAND AVE

TROY, NY 12180

518-272-8690

MARBALLBK@GMAIL.COM


TO WHOM IT MAY CONCERN:


MY NAME IS HERB BALLARD. I HAVE BEEN A TRUCK DRIVER THE MAJORITY OF MY WORKING CAREER, A MINISTER OF THE GOSPEL AND AM CURRENTLY RETIRED BUT HAVE FOUND I ENJOY DRIVING FOR UBER OR LYFT AND MEETING ALL KINDS OF FOLKS.

I MET WILLIAM TRYON NEARLY 3 DECADES AGO WHILE ATTENDING FAMILY WORSHIP CENTER CHURCH. IMMEDIATELY WE BECAME FRIENDS AND IT HAS NEVER CHANGED. I HAVE MET FEW MEN WITH THE CHARACTER, SENSE OF DUTY, AND WILLINGNESS TO SERVE HIS COMMUNITY AND COUNTRY AS BILL TRYON HAS EXHIBITED IN PRIVATE AND IN PUBLIC, AND IN MY 70 YEARS THERE HAVE BEEN VERY FEW MEN THAT NOT ONLY DO I CALL FRIEND, BUT BROTHER. HIS INTEGRITY HAS NEVER BEEN QUESTIONED. I WOULD TRUST BILL AS GUIDE, IN MY ABSENCE, WITH MY FAMILY.

I UNDERSTAND THAT THERE ARE CHARGES AGAINST BILL, BUT I HAVE KNOWN HIM TO BE A LAW-ABIDING MAN AND HIS ATTENDANCE WAS ANYTHING BUT MALICIOUS. I FIND IT VERY DIFFICULT TO BELIEVE THAT THERE WAS ANY INTENT TO DO HARM TO ANYONE OR ANYTHING. IF YOU COULD GET A LOOK INTO THE HEART OF BILL TRYON, YOU WOULD SEE AN UPRIGHT, HUMBLE MAN OF GOD.

I WOULD LIKE TO THANK THIS COURT FOR YOUR INDULGENCE AND ASK THAT YOU COULD SEE HIM AS I DO AND ALLOW HIM TO RETURN HOME TO HIS FAMILY AND FRIENDS.


SINCERELY,


HERBERT BALLARD

Peter Dean Nates
Po box 26
South Bethlehem NY, 12161
December 18, 2021

Re: Bill Tryon

To whom it may concern,

I have known Bill Tryon for many years. In this time, I have
seen many aspects of Bills personality. I have always found him
to be extremely kind, Dependable, and well regarded among his
peers. Bill Will help anyone that asks him. He would give you
the shirt off of his back. Bill is the most Trustworthy person I
know.
Thank you for taking the time to read my letter and please feel
free to let me know if you have any questions.


Sincerely,

Peter Dean Nates

Peter Dean Nates
518-466-3112

James Rarick
203 Cedar Grove Rd.
Selkirk, NY 12158

December 17, 2021

Re: William Tryon

Your Honor,

I am writing in reference to William Tryon, who is before you in court.

William has been my neighbor for many years, he is a man of strong faith and family
values. He has always treated us as family. He graciously lets myself and my children
use his farm for recreation. William has also spent time with my sons sharing his wealth
of knowledge and teaching them skills for many trades. We appreciate William and his
willingness to always lend a helping hand with expecting nothing in return.

It is my sincere hope that the court takes this letter into consideration at the time of
sentencing. Despite the current situation, I believe that William Tryon is a great asset to
our family and small community and a good human being.

Sincerely,

James Rarick

Mary Ballard

1602 Highland Ave

Troy, NY 12180

518-272-8690

marballbk@gmail.com

To Whom It May Concern:

My name is Mary Ballard.  I am a wife, mother, grandmother and I work from home as an administrator for over 10 years.

I have known William Tryon, Route 396, Selkirk, NY, for 20 years after having met him picking up our children at Vacation Bible School and got to know him better while attending church after that.  Together, our families developed an almost instant relationship, spending most Sundays together, after church, well into the evenings.  Bill has proven himself to be of fine and responsible character. Bill is an excavator by trade, a dedicated husband and father, a patriot and a reliable member of church and his community.

I have seen Bill Tryon brought to tears and to his knees in speaking of his love for his country and his God.  He is a man who would go out of his way to assist someone in need, even of giving the shirt off his back.

I hope that in some way this reference to the character of my friend, Bill Tryon, will help to provide you with a better insight to who he is.

Sincerely,

*Mary Ballard*

Mary Ballard

To whom this may concern,

Bill Tryon is one of the most genuinely kind and righteous person I know, it is my pleasure to call him a friend.

I can attest to Bill's character and integrity. He is a model citizen who spends considerable time helping the community and giving voice to conservatives whose voices have been suppressed by the media and the current political atmosphere. He exemplifies courage and determination, organizing patriot events rain or shine on his own expense, promoting American values of freedom and Christian principles of kindness and generosity. Despite pressures he continues to fight for the truth, with grace strength and dignity.

The fact that patriots are imprisoned and charged for Jan 6 indicates the gross injustice of the two-tiered justice system of our corroded government. Government officials blatantly sell out their constituents to line their own pockets without any repercussions, Antifa can burn down and destroy properties without consequence, yet citizens are crushed for exercising their first amendment rights.

I say this with the utmost distress, as a Chinese immigrant, that decades of anti-American erosion has taken a toll and we are sliding into a tyrannical nightmare where people are made to hate and report eachother, comply or be canceled, and must show their papers to participate in society. My parents grew up in Mao's China, all the cancel culture, censorship, division in America is all too familiar as a part of the communist playbook.

I hope Bill gets a deserved exoneration. These are the kind of patriots who are the backbone of any society, they should be valued and protected, not silenced and persecuted.

Sincerely,
Lily Wei

(518)577-2989
9 Callaway Circle
Loudonville, NY 12211

December 23, 2021

Your Honor:

I am writing on behalf of Bill Tryon.

My name is Anne Snyder. I have been a New York State Licensed Massage Therapist and have recently retired after 30 years of practice. I have lived in eastern upstate New York for 19 years & known Bill Tryon for about 1½ years.

I know Bill to be devoted to his family

He is generous to and thoughtful of those around him.

He is concerned about and contributes to his community.

He is reliable and conscientious in his work and commitments.

Sincerely

Mr. Anthony M. Filippone
188 Country Estates Road
Greenville, New York 12083
(518)966-0194

December 21, 2021

Honorable Judge Walton
Re: Bill Tryon

Dear Judge Walton,

My name is Anthony Filippone and I am writing to you as a character reference for Bill Tryon.

I met Bill and his family in 2001 when my daughter entered Grapeville Christian School as a student. Bill Tryon, his wife Jill, and family graciously welcomed us to the school community with open arms. We soon became friends and over the past 20 years I have always known Bill to be a devoted husband, father, grandfather and active member of his community, impacting people's lives in a positive way. To my knowledge, Bill has always held God, family, country and community in very high esteem.  In my opinion, he would never compromise the safety or well- being of anyone and has always treated all people with the utmost respect and consideration.

My personal feelings of Bill are that he is a man of integrity, who does not deserve to be incarcerated. I humbly ask that you extend grace and consideration towards this devoted American citizen, when you deliberate his fate. I know that he, his family, friends, acquaintances and fellow community members would greatly appreciate it.

Respectfully,

Anthony M. Filippone

# Thomas P. Kennedy III

December 25, 2021

To your honor:

I am writing in regards to William (Bill) Tryon who has a case before you.

Bill and I met through mutual friends in the summer of 2020. We were organizing efforts to support law enforcement. Bill is very likeable. I was impressed with how he stayed positive no matter the challenge and always found a way to interject his faith in his reasoning. I have to admit, I have always envied his energy levels being ten years my senior.

Like most happily married men, Bill is fortunate to have a wife who is an absolute sweetheart of a person. It is obvious Jill is the pillar which he and the Tryon family rely on for strength and stability. Bill and Jill are parents of five grown children, three of which still reside in their own residences on their working farm. They are also devoted grandparents with seven grandchildren to keep them busy. I have met Bill's sons, all of which are hardworking, fine young men.

As I said earlier, Bill's faith defines his character. You cannot have a conversation with him without recognizing he is a man who loves his God and country. Bill has a deep love in his creator and of his fellow man which I witnessed firsthand at a 'Back the Blue' rally.

This event was held at our state's Capitol in August, 2020. We came together to thank Law Enforcement for their sacrifices and service to our communities. Over a thousand people attended. When the widow of a state trooper began speaking, Black Lives Matter activists walked in front of the podium dragging a Blue Line Flag to instigate a reaction from the crowd. While there was some pushing and shoving, order was quickly restored by the New York State Police. **_Continued..._**

December 25, 2021

Page 2 o 2

Helping the police diffuse tensions, Bill immediately engaged with the leaders of the protesters. Through Bill's direct efforts he was able to open a dialogue which ended the hostilities between both parties. To his credit, many of these conversations continued following the event, where common ground was accomplished in some instances. In all my years as a law enforcement officer and involved in law enforcement issues, I have never seen a group of people who came to disrupt, so quickly convinced to halt their activities. It was Bill's ability to communicate on a personal level using his faith and compassion that helped everyone on both sides recognize we are all the same people.

I'm writing this letter for my friend Bill, a 71yr old man who has always been hardworking, law-abiding member of his community, who has a loving family and operates a working farm.

If further information is required, please do not hesitate to contact me. My personal contact information is provided for your convenience.

Respectfully submitted,

Thomas P. Kennedy III

December 21, 2021

Adalberto J. Gonzalez
P.O. Box 202
S. Bethlehem, New York
12161

RE: Mr. William P. Tryon

Your Honor,

      I write to you in order to provide personal insight to the character of my father-in-law Mr. William 'Bill' P. Tryon. I have known Mr. Tryon since 2007, when I began a relationship with his daughter who is now my wife. During the last fourteen years, he has both been a friend and mentor. Mr. Tryon has shown himself to be thoughtful, caring and selfless. He spends his time devoted to providing a stable and bright future for his children and grandchildren. He works daily on his farm caring for his animals and improving the property at a pace most other septuagenarians would not believe possible. Mr. Tryon cares deeply for his family, neighbors and country. He has given of himself to his community in many ways, from fostering and adopting children in need, raising them as his own; to clearing out storm damaged culverts threating bridges and roadways in our home town, with his own equipment. Bill is the type of man that works hard, plays fair, and champions others. While some people take pride in their ability to coat hard words with honey, Mr. Tryon is strait forward, plain spoken and direct. He speaks emotionally without hesitation, allowing his passions and convictions to guide his words.

      Since I met Bill in 2007, I have known him to have an active voice for his ideas in local politics. I have seen him run for town council, speak at public hearings and work on multiple campaigns of others. I have seen him successfully organize and host peaceful rallies at the Capital Building in Albany and other venues to raise awareness for the various causes that he holds dear. His compassion for liberty, honesty and transparency in government is a motivating force for his political activities. I have seen Mr. Tryon win with grace and lose with dignity while involved in politics.

      Throughout 2020, during the heights of the Covid-19 pandemic, at a time when political protests, rallies, and presidential campaigns devolved into riots, looting, and generalized chaos; Mr. Tryon organized and spoke at weekly events held at the New York State Capital. At these events, he expressed his concerns over topics like: mass mail in voting, defunding of the police, individual rights, executive orders, and pandemic response. He also provided a platform and time slots for others who held contrary opinions to speak at these events. At all those events, I observed Bill speak for peace, for checks and balances. I have never witnessed Bill to encourage hate, violence or unlawfulness; and I have observed him directly object to and deescalate moments of violent potential. These events that he organized, encouraged local activists to converse with one another and imagine new ways to bridge political gaps. On January 6th, 2021 I believe Bill found himself at an event with an atmosphere that was completely foreign to these previous experiences.

      I cannot speak to any actions taken by Mr. Tryon while attending the January 6th rally organized by the then sitting President of the United States, as I was not there to witness. However, I would find it inconsistent with Mr. Tryon's character if any illegal actions that he committed at that event were pre-planned or committed with illegal intention and malice. I understand that there is a larger picture of events that occurred on January 6th, 2021 looming over this case. I believe that chaos, rioting and the disruption of the political process were the goal of the day for some of the attendees and organizers of that event. However, I don't believe those were the goals or intent of Mr. Tryon, as those goals would run counter to the character of the man that I know. I believe that had he not found himself unexpectedly swept up in the maelstrom of that chaos, Bill would have found himself saddened, wailing and angered by many of the events that occurred that day.

When passing your judgement, I ask you to understand that Bill is a man of incredible capability and ingenuity who lives a truly selfless life in a world filled with selfish people.  I ask you to look Bill in the eyes and see into his heart; you will find a man that loves his community and respects the court and its officers. You will find a man that is standing before you ready to own his mistake and face the consequences of his own actions. Please take the time to understand the type of man that is standing before you, humbly awaiting and ready to accept your judgement. I implore you, please hold that man accountable only for his own actions and intent, not for the actions or intent of any other person or organization.

Respectfully,

Adalberto J. Gonzalez



**LEWIS COUNTY SHERIFF'S OFFICE**
5252 Outer Stowe Street
P.O. Box 233
Lowville, New York 13367
Telephone: (315) 376-3511
Fax: (315) 376-5232

Michael P. Carpinelli

Sheriff

mikecarpinelli@lewiscounty.ny.gov

Jason A. McIntosh

Undersheriff

jasonmcintosh@lewiscounty.ny.gov

**12-28-21**

**Your Honor,**

I am writing this correspondence on behalf of my good friend, William Tryon. Bill and I have known each other since 2016 and have remained a close relationship in family and our love of country. Sir, I know Bill is remorseful for his actions on January the 6th at the Capital. I do believe and standby Bill's good character and love of his family. This is why I will put my title and reputation alongside my friend, William Tryon.

Thank you.

**Sincerely,**

**Sheriff Carpinelli**

Barry D. Sowards
2453 Highway 20
Nassau, NY 12123
(518)320-0422
Barrysowards22@gmail.com

Date: January 5, 2022

Dear Hon. Reggie Walton,

My name is Barry D. Sowards, and I am proud to offer my recommendation of William Tryon to whom I have personally known for 34 years as my brother-in-law and friend.

I have found Bill Tryon to be both loyal and trustworthy. Bill has always been there in times of need for his friends, family and even for people he barely knew. Bill will go out of his way to help someone in need. Both of our fathers served in WWII and Bill is passionate in his respect for all who served to give us the liberties that all Americans enjoy today, and he is very active in veterans causes. Bill does not have a violent bone in his body, and I believe that Bill was just in the wrong place at the wrong time and believed he was doing his patriotic duty (along with many other good people) in peacefully voicing their frustration with what they believed to be a travesty of justice. Bill is in no way a threat to society, and I ask for leniency in his sentencing so that he may put this behind him and get back to the good work that he does for his family and others.

Please do not hesitate to contact me if you should require any further information.

Thank you for your time.

Sincerely,

Barry D. Sowards          Date: 1/5/22
Barry D. Sowards

Kathleen K. Tryon
2453 Highway 20
Nassau, NY 12123
(518)478-3463
Tryonkathleen52@gmail.com

Date: January 5, 2022

Dear Hon. Reggie Walton,

My name is Kathleen Tryon and I have the honor of calling William Tryon my brother and friend. I am proud to offer my recommendation of William Tryon to whom I have developed into the person I am today because of his devotion to family, friends, and neighbors.

Being the oldest of six children, he was put in the position to keep an eye on us while our father and mother worked two jobs each, by the time I came along as the youngest. Our Aunt watched us for the most part, but she was a "little person" (midget) and keeping up with six kids was her joy but also difficult. Dad and Mom asked him to also watch over us as he was the oldest. Billy always was there to help our Aunt without her knowing about it, so her pride was left intact.

He was there the day the two middle boys were playing in the kitchen and I pulled the glass milk bottle out of the refrig. They hit my arm and it dropped on the floor and broke. The glass hit my wrist and I was bleeding very badly, being 5 years old I was very scared. Billy calmly took control of the situation and rode with me in the ambulance to the hospital and I remember him making me laugh all the way and holding my other hand through the stitches.

Billy also incorporated all of us in his projects around the house, like digging a pond or building a barn. He always made sure we were a part of the process and teaching us how to do a task well. Being the youngest, mine usually involved removing the nails from lumber before they could use the piece again. We took pride in completing our portion and we felt a part of the final product even through we really did not have a very big role, we never knew that. He would make a big production of what we did and push us along to do it correctly and in good time. In hindsight, I know we also were kept safe by these tasks from the more difficult parts of the process. I say all this because today I am a Lighting Engineer working for a large corporation but all through my job history my employers have written references with the words "I will need two or three people to replace her and takes great pride in her work." Billy taught me that and is the reason for those accolades. Obviously, Mom and Dad showed us work ethic by working the two jobs, but Billy showed us what good work looks like.

Billy will go out of his way to help someone in need and really has done that all his life just like our Father and Mom did. When our Dad died, we were overwhelmed with the amount of people that came to his funeral that we did not know but they knew our Dad, from the helping hand or hand "up" he provided to them. Billy also does this and has his whole life. I have seen him give his last five dollars to someone who needed it and then drive home on gas fumes, but they needed it more in his eyes. God

always provides Billy with miracles every day because of his faithfulness to God and willing spirit to help others.

Billy will forever be grateful for the freedom we enjoy every day in this country because of the men who have gone before us.  Honoring Veterans is a part of who Billy is, thanking them and making sure they are honored is everything to him.

Billy is not a threat to society, and I ask for leniency in his sentencing so that he may put this behind him and get back to being the head of his family and to helping others.

If you need any additional information, please feel free to call me.

Thank you for listening.

Sincerely,

Kathleen K. Tryon

Date: 1/5/2022

Your honor

Thank you for taking the time to try to get to know Bill through reading the character letters submitted to you. I, Jill Tryon, being Bills wife for 35 years can attest to all that has been written about him. I have been truly blessed to have a such a God fearing husband who is held in such high esteem by so many and one who truly understands and appreciates the price paid for our freedoms in our country and who unselfishly works hard to preserve those freedoms. Bill had not planned on going to Washington that day until just a few days before. I wish he had stayed home, not only because of what happened there but for what had happened here in Albany that day. There was a rally here at the Capital steps that I attended to that day. The tensions got high as some protesters were egging the rally goers on. As I stood at a distance watching this I knew that if Bill were here he would have intervened way before it got to the point where one man pulled out a knife and stabbed two people before he ran away. There was a time when the police would intervene like Bill often does in these heated situations, unfortunately now a days they cant do anything until a crime actually happens. I truly believe that this stabbing and all of the chaos may have been prevented that day if Bill were there, and I believe that some of our local law enforcement would say the same.    My personal plea to you would be that you would be gentle with your method of sentencing for Bill.  He is a good man.  He has paid dearly for this crime in the last so many months, not only of the persecution from some people but of his own personal persecution of having broken the law in such a manor.  When he realized how he did so ( by walking through those doors that day) he openly became regretful as to how he broke the rule of law that he holds dear to his heart. I personally witnessed the shame he had for himself that day, and for a man like Bill, who is such a good example, who tries and most often succeeds to be an honest upstanding citizen, just seeing  "United States of America vs William P Tryon" is a great lifetime very personal punishment to him.  I beg of you sir not to sentence Bill to jail and be fair with any fines. This would be such a hardship on myself, our family and family farm, and Bills 17 years old dog Rudy. I hope that you will take all of this into consideration.

May God Bless you in your decision making. Sincerely, Jill Tryon

12/30/21    Jill M Tryon

Raymond C. "Lynch"
Box 43 - Rt. 32
North Chatham, N.Y. 12132
(518) 788-1983

To Whom it may Concern,

I started an excavating business in 1971 after returning from Vietnam in 1970. (R.A. Excavating and Trucking) which is still active. I first met Bill Tryon through business dealings and always knew him to be fair and honest.

After my original business encounter I have known him in a different, more personal aspect; I am the organizer of the Chandler-Young Veterans. Assoc. Inc. of Nassau, N.Y. which consists of the V.F.W. the American Legion and the AMVETS which I chartered in 2013. I am an Officer and Life Member of all of these 501(c)19 military organizations plus the DAV, Purple Hearts, the 101st Airborne Vietnam Vets, and the General McClellan N.E. Association. I am also a member of the Elks #2530 in Kinderhook, N.Y. and the Masonic Lodge #87 in E. Greenbush, N.Y. I was elected "Hometown Hero" of the Rev. Francis Kelby Association in 2020.

I am 73 years old and lived in Rens. or Columbia County all of this time except for 5½ years military time were I achieved the rank of SSG. I moved from Nassau, N.Y. to N. Chatham, N.Y. in 1977 after purchasing the property my family and I still reside. We were raised as Christians, my drivers License is "squeeky clean" and have never been in jail.

I'm not trying to "blow my own horn" - just making you aware of my character before giving Billy a character reference.

Bill Tryon;   I was reacquainted with Bill approx 20±? yrs ago when he stopped at our V.F.W. post to pass out flyers announcing a "Military Stand down" he was organizing at Camp Pinnacle, N.Y. and invited us to attend; which we did. Bill is a respected organizer for different causes, especially to honor the Military, the Police, family and Patriotic ways of life. He is very fervent in his beliefs of "the good old days" of family and patriotism and enjoys being around like minded people and possibly encourage those sitting on the fence to stop and think of the true values of America.

- over -

Continued

Last year Bill notified us that he was envolved with the "Liberty-Bell" Alliance '76" and they gather at the Capitol Steps in Albany every Saturday at Noon, and that we were invited to attend to see what they are all about. We attended and the theme was the "Constitution" He had mock-ups of the Liberty Bell, the "Constitution and the Bill of Rights which we were encouraged to sign as a re enactment. There were also many American Flags and guest speakers. Attendees from the crowd were also invited to speak including those with different views. Bill made sure any one speaking was given equal respect and their views were weighed peacefully.

These gatherings went right through the winter months with topics touching on "Stop the Steal"— refering to the Nov. 2020 election, "Back the Blue" to show support for our law enforcement, and as always, those with different views are welcome to speak. These gatherings are always started with a Prayer and Pledge to the Flag. — Constitution & Family are constant topics

Now that the weather is nicer, more people attend, especially those with counter views i.e. BLM — at one the Police asked us to leave as they knew it would esculate if we didn't, knowing the BLM, people wouldn't go if asked with-out a problem. To diffuse the situation, we disbanded.

As far as Jan 6th goes I was at the VA, Hosp in Albany, so I didn't go to D.C. We do have many Trump Supporters that did go along with Bill. However, I know Bill to be a true Patriot and Firm Believer in justice and can not Believe him to be any kind of Terrorist!

"Every thing I wrote is true to the best of my knowledge and belief"

Raymond "Chip" Lynch

16 Lennox Crt Apt 1B
Delmar NY 12054
June 21, 2021

To Whom it May concern,

More than 20 years ago my parents,
Louis, 355th engineers WW II veteran,
and Mary Dushek introduced me to Bill
and Jill Tryon. My parents became like
grandparents to their children. Bill loves
his God, country, and family. His loyalty
and faithfullness to those who protect and
serve our country is his core value.
When my father was dying February 2001,
Bill and his family came many times to the
hospital to be at his bedside. My sister
and I had Bill do one of the eulogys. Bill
was one of the pall bearers. Bill taught
his children patriotism. His son Will, even
at the age of 8, knew the reverence of the
american flag. Will showed his respects
by placing a small folded flag in my
fathers hands. Freedom Fest 2001 was
dedicated to my fathers memory. This
was the year that the Honoring Veterans
Stamp was issued. The United States
Postal Service, in South Bethlehem,
presented this special pictoral
cancellation dedicated to my father
Louis Dushek.

After my father's death, Bill and Jill would help my mother. Plowing driveway, stopping to see if there was anything she needed or just to say hello. Bill is generous in helping anyone in need. Once again, when my mother died January 2006, Bill was there for us. Numerous visits to the hospital, eulogy, and pall bearer. Hurricane Irene August 2011 decimated the property. Again Bill and Jill were there to cut trees, burn brush, pull out roots of trees and bulldoze piles of tree roots. When we were cleaning out my parents house to sell, Bill was there. His children and Jill spent many hours supporting my sister and I.

People from all political views and backgrounds respect Bill's opinions because he treats them as individuals. Bill wants to bring people together. He sees their hearts.

What more can I say about a loyal, faithful friend of integrity.

Sincerely,
Christine Dussek

148 Cedar Grove Rd
Selkirk NY   12158


December 15, 2021


To: Your Honor


This letter is in the behalf
of Bill Tryon. since moving here
twenty years ago he and his
family were the first to greet
us and make us feel
welcome.

Bill and his family are
Christians, his grand children
are respectful, and has
always invited us to any
activities that may be
happening

Jan 6 was awful and sad.
many protesters were mixed
in with violent people, it
would be hard to think
Bill hurt anybody or damaged

anything

It is my sincere hope
the court takes this letter
into consideration at the
time of sentencing

Despite the current case
I still believe Bell-Tryon
to be a honorable individual
a valuable member of my
community, and a good human
being.

Sincerely,
Mario A. Spage
MARIO A SPAGLI

Your Honor

My Name is Kenneth A Burns sr
I'm a Resident of the Town of Coeymans
in Albany County. I was a Councilman
for The Town of Coeymans for seven years
and stepped down because of Illness.

I have five children all grown and
married. they gave me fourteen grandChildren
and one greatgrandson and three more
on the way. Best of all they are all practicing
Christ followers and great citizens
They all grew up with Bill and Jill as
great roll models

Bill and Jill hosted what they called
Freedom Fest way back mabey Twenty five
years ago. I didn't know them before that
so when my wife and I and our Children
showed up, Bill and Jill treated us Like they
knew us forever. We've Learned so much
from them, Faith God given rights, Declaration
of Independence. They Tought us how To
grow a garden, raise and butcher our
animals, but most of all To do it as a
family and putting God first.

We became best friends aLove with countless others, when I ran for office They were there, Bill and Jill are The biggest Lovers of our Country.

Everytime there was an event, Bill and Jill were there To support in any way they could. Jill was Bills fact checker, there children allso played a big part in doing what was in best interest of our Country and its citizens.

On the Capital Steps in ALbany every Saterday Bill and Jill and kids and other Pratriots would set up there sound system, there Liberty bell and reminded us how much God blessed us with a nation of brave men and women who were willing To Lay down there Lifes for us, we hurd history Lessons from the birth of our nation and all of the struggels from then To now.

Diffrent controversies arose and in stead of fighting Bill envited them To the Podium and Let them tell there point of view. from Government Issues, To BLack Lives Matter, To defend our frist respouders, Police To solders and there rights.

One Saterday a black Lives Matters man
Started a scene and a LoT of people started To
argue with him, Bill walked out into the
crowd, nicely took him by the arm, brought
him To the podium and let him speak,
after he was finished, Bill said he did nT
agree with him but he would fright for his
right for free speach. After that the
man came back week after week and
he and Bill were on a frist name basis.
 Another time Bill had everyone singing
God bless America and a woman started
calling us hypocrites, Bill quieted everyone
down and tryed To reason with her, she
walked away yelling profanities, instead
of fighting with her, Bill asked everyone
To pray for her and we did. The woman
walked over to an officer on a bicycle.
mabey on hoor Later, on her own she came
over To Bill and apologized, and Told
everyone why she was mad aT God, it was
a beautiful momeNt for us all
   Im not saying all of This To sway you, I
JusT want you To see Bill the way I see him.

Bill Lives a simple Life talking care of his family and everyone who comes To his door

They grow and can all they can. They raise Cows and pigs, Chickens ducks, they heat There house with wood and there door is allways open To who ever is in need

I dont mean to go on and on but when Prattsville, Schoharie, Wyndem got hit by a huge Storm and flooded, The damage was catastrophic. Bill and Jill and his family and friends (which are many) went all out To help

I wasnt there on January 6, I wish I was, but I know from others That Bill and others were Trying To desealate the Violence. Bill Loves our Country and if your investagation doesnt show that then you need To go back and Look again. Ive stood with this man and Listened To him Cry real Tears pleading with God To Save our nation. we, I need mr Tryon To be home To care for all who are in need of extra help To get Through what The world is going Through

I also know whatever you decide
Bill will Love and pray for your well
being and your family, I pray for
mercy for Bill, we all need Grace and
Mercy, We are only human

Thank you so much
Kennth A Bans sn
Kenneth A Bonns sr